IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CONNIE VALLEJOS,

    Plaintiff,

v.

                                            No. 2:18-cv-00364 KG/GBW

D.H. PACE COMPANY, INC., a Foreign
Profit Corporation licensed to do business
in New Mexico, and WALMART, INC., a Foreign Profit
Corporation licensed to do business in
New Mexico,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED between Plaintiff and Defendants, by their respective counsel, that this matter should be dismissed with prejudice because all matters in controversy have been fully settled and compromised. With approval of the Court, the parties therefore request that the causes of action therein be dismissed with prejudice.

IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT the causes of action therein filed by Plaintiff against Defendants be, and the same hereby are, dismissed with prejudice.

IT IS SO STIPULATED AND ORDERED.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:

GUEBERT BRUCKNER GENTILE P.C.


By  */s/ Laura E. Horton*
    Robert F. Gentile
    Laura E. Horton
    P.O. Box 93880
    Albuquerque, NM 87199-3880
    (505) 823-2300
    rgentile@guebertlaw.com
    lhorton@guebertlaw.com
    *Attorneys for Defendants*

LAW OFFICES OF DAVID M. HOULISTON


By  *Approved by email 1/14/2019*
    David M. Houliston
    7500 Jefferson Street NE, Suite 106
    Albuquerque, NM 87109
    david@houlistonlaw.com
    *Attorney for Plaintiff*